# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                     :      NO. 131
                            :

REACCREDITATION OF THE   :      DISCIPLINARY RULES
NATIONAL ELDER LAW      :
FOUNDATION AS A CERTIFYING :      DOCKET
ORGANIZATION             :
                            :

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of December, 2014, upon the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the National Elder Law Foundation is hereby reaccredited as a certifying organization in the area of Elder Law for a period of five years commencing January 26, 2015.